WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Esteban Juarez, III,<br><br>         Petitioner,<br><br>v.<br><br>Warden D. Colbert,<br><br>         Respondent. | No. CV-21-00096-TUC-BGM<br><br>**FINAL ORDER OF TRANSFER** |

On this day, this Court entered an Order *Sua Sponte* Transferring Cause to the Northern District of Florida, Marianna Division.  After due consideration of Petitioner's Application for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1 and 2), the Court finds that it is proper to TRANSFER Petitioner's Application to the United States District Court for the Northern District of Florida, Marianna Division.

Accordingly, **IT IS HEREBY ORDERED** that this cause is to be TRANSFERRED to the United States District Court for the Northern District of Florida, Marianna Division.

IT IS SO ORDERED.

DATED this 27th day of January, 2023.

_____
Honorable Bruce G. Macdonald
United States Magistrate Judge