# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

**ESTEBAN JUAREZ, III,**

    **Petitioner,**

v.                                                      **Case No. 5:23-cv-24-AW-MAL**

**WARDEN, F.C.I. MARIANNA,**

    **Respondent.**

_____/

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

I have considered the magistrate judge's April 12, 2024 report and recommendation. ECF No. 43. There has been no objection. I have determined the report and recommendation should be adopted, and I now adopt it and incorporate it into this order. The clerk will enter a judgment that says, "The § 2241 petition is dismissed without prejudice." The clerk will then close the file.

SO ORDERED on May 13, 2024.

                                              s/ *Allen Winsor*
                                              United States District Judge